**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALAN COLE, JR., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:25-cv-302 |
| vs. | ) | |
| | ) | Magistrate Judge Peter E. Ormsby |
| BLAIR COUNTY *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM ORDER</u>**

By Order dated September 18, 2025, Judge Pesto administratively closed this matter until identified defects, including lack of an IFP Motion or filing fee, were cured. ECF No. 2. Judge Pesto's Order also directed Plaintiff to "remember to notify the Clerk of any change in address with a separate pleading." *Id.*

On September 29, 2025, Plaintiff filed a change of address and an IFP Motion, and the case was reopened. ECF Nos. 3, 4.  By Order dated March 20, 2026, Judge Kelly granted Plaintiff's IFP Motion, and Plaintiff's Complaint was docketed on that date. ECF No. 6, 7.

On June 17, 2026, the Court entered an Order directing Plaintiff to provide service-related documents, including service copies of the Complaint or a copying fee. ECF No. 8. The Order advised Plaintiff of his obligation to notify the Court of any change in address and stated that "[t]he failure to do so may result in the dismissal of this case." The Clerk mailed the Order, along with blank service documents, to Plaintiff's address of record. *Id.* On July 27, 2026, the

1

Clerk received the mailing by return mail, marked "RETURN TO SENDER, Not at this address."[1]  ECF No. 9.

An online search indicates that Plaintiff has been released from custody, and the Court is unable to ascertain his address. If the Court is unable to communicate with Plaintiff, this matter is effectively unable to proceed.

Plaintiff shall file a notice of change of address within thirty (30) days of the date of this Order. The Clerk shall mail a copy of this Order to Plaintiff's address of record.

AND NOW, this 3rd day of August 2026, IT IS SO ORDERED.

BY THE COURT:

_____
Peter E. Ormsby
United States Magistrate Judge

---

[1] Plaintiff has another case pending in this Court, *Cole v. Blair County*, W.D.Pa. 25-296. In that case, by Order dated July 10, 2026, the Court directed Plaintiff to file a notice of change of address within thirty (30) days. As of today, Plaintiff has not filed a change of address. On July 29, 2026, the envelope containing the Order was returned to the Clerk, marked "RETURN TO SENDER, Not at this address."